354

No. 39077.—Protest 376626–G of Dave Herstein Co. (New York).

Opinion by TILSON, J.   The record showed that certain of the articles are in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39078.—Protests 391484–G, etc., of L. A. Consmiller, Inc. (New York).

Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

BEFORE THE SECOND DIVISION, JULY 25, 1938

No. 39079.—Protest 448296–G of Brand & Corman, Inc. (New York).

Opinion by TILSON, J.   The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39080.—Protests 445742–G, etc., of M. Liotta, Inc. (New York).

Opinion by TILSON, J.   The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39081.—Protest 445683–G of Bartman & Bixer, Inc. (New York).

Opinion by TILSON, J.   The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39082.—Protests 421918–G, etc., of Goodman & Dessauer (New York).

Opinion by TILSON, J.   The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39083.—Protests 416241–G, etc., of Henri Bendel, Inc. (New York).

Opinion by TILSON, J.   The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.